# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SETH D. HARRIS, <br><br> Plaintiff, <br><br> v. <br><br> REDMOND HERBAL SPAS LLC; et al., <br><br> Defendants. | JUDGMENT IN A CIVIL CASE <br><br> CASE NO. C12-1814Z |

\_\_\_\_  **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  **Decision by Court**. This action came on for consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Plaintiff's unopposed Motion for Summary Judgment, docket no. 9, is GRANTED.

Pursuant to Section 17 of the Fair Labor Standards Act ("the Act"), 29 U.S.C. § 201 et seq., Defendants, their officers, agents, servants, employees, and all persons acting in their behalf and interest are prospectively enjoined from violating the provisions of Section 15(a)(2) and 15(a)(5) of the Act.

Pursuant to Section 16(c) of the Act, Defendants are jointly and severally liable for unpaid minimum wage and overtime compensation due Defendants' employees, and liquidated damages equal in amount to the unpaid compensation due Defendants' employees. Those amounts are as described Table 1 below.

## **Table 1**

| NAME | PERIOD COVERED | GROSS AMOUNT DUE | LIQUIDATED DAMAGES | TOTAL DUE |
|---|---|---|---|---|
| Angel, | 1/24/2010 - 4/11/2010 | $192.32 | $192.32 | $384.64 |
| Choy, King Ball | 10/31/2010 - 1/9/2011 | $1,764.46 | $1,764.46 | $3,528.92 |
| Daine, | 8/1/2010 - 10/17/2010 | $281.16 | $281.16 | $562.32 |
| Huang, Qun Fang | 3/7/2010 - 3/28/2010 | $325.72 | $325.72 | $651.44 |
| Jiang, Bi Hui | 4/11/2010 - 2/13/2011 | $8,392.29 | $8,392.29 | $16,784.58 |
| Kevin, | 1/9/2011 - 3/13/2011 | $944.57 | $944.57 | $1,889.14 |
| Kong, Feng Jun | 4/11/2010 - 7/11/2010 | $1,188.67 | $1,188.67 | $2,377.34 |
| Li, Guo Yu | 9/26/2010 - 5/1/2011 | $4,288.19 | $4,288.19 | $8,576.38 |
| Li, Hui Fang | 4/18/2010 - 7/18/2010 | $1,500.11 | $1,500.11 | $3,000.22 |
| Lin, Li Qun | 7/18/2010 - 9/19/2010 | $981.76 | $981.76 | $1,963.52 |
| Liu, Jian She | 1/10/2010 - 3/27/2011 | $8,304.36 | $8,304.36 | $16,608.72 |
| Ma, Hai Sheng | 10/3/2010 - 5/1/2011 | $4,654.95 | $4,654.95 | $9,309.90 |
| Nguyen, Thu Bich | 8/2/2009 - 11/1/2009 | $1,554.62 | $1,554.62 | $3,109.24 |
| Peggy, | 3/20/2011- 3/20/2011 | $23.98 | $23.98 | $47.96 |
| Peter, | 3/27/2011 - 5/1/2011 | $660.85 | $660.85 | $1,321.70 |
| Rymen, Lucy D | 4/11/2010 - 5/1/2011 | $6,460.30 | $6,460.30 | $12,920.60 |
| Sun, Yu Zhai | 12/13/2009 - 10/24/2010 | $6,783.76 | $6,783.76 | $13,567.52 |
| Sun, Zue Ling | 4/11/2010 - 5/1/2011 | $8,425.81 | $8,425.81 | $16,851.62 |
| Victor, | 3/20/2011 - 3/20/2011 | $23.98 | $23.98 | $47.96 |
| Wang, Jin Gui | 12/20/2009 - 1/10/2010 | $421.67 | $421.67 | $843.34 |
| Yang, Zhuo | 7/18/2010 - 10/24/2010 | $1,914.74 | $1,914.74 | $3,829.48 |
| Zeng, Kang Yuan | 10/3/2010 - 5/1/2011 | $5,389.76 | $5,389.76 | $10,779.52 |
| Zhang, He Ping | 11/7/2010 - 5/1/2011 | $3,289.88 | $3,289.88 | $6,579.76 |
| | Total | $67,767.91 | $67,767.91 | $135,535.82 |

Pursuant to Section 17 of the Act, Defendants, their officers, agents, servants, employees, and all persons acting in their behalf and interest are prospectively enjoined from withholding payment of unpaid minimum wage and overtime compensation due Defendants.

Dated this 21st day of August, 2013.

                                                                William M. McCool
                                                                Clerk

                                                                s/Claudia Hawney
                                                                Deputy Clerk